# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. MARTINEZ, et. al.,<br><br>　　　　Defendant. | 1:07-cv-01511-AWI-DLB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint filed on October 17, 2007. The complaint appears to state cognizable claims for relief under 42 U.S.C. § 1983 as follows:

(1) against Defendants Sergeant J. Martinez, Lieutenant R. David, Associate Warden R. Lopez, Correctional Counselor II J. Jones, Appeals Examiner N. Grannis, and Correctional Officers Mendoza, Melo, Masiel, and Hernandez for personal participation, and/or enacting, implementing, and/or enforcing policies and/or practices that resulted in violation of Plaintiff's rights to free speech under the First Amendment;

(2) against Defendants D. Price LVN, Masiel, Hernandez, and Correctional Officers D. Morales and A. Wilson for deliberate indifference to his serious medical needs;

(3) against Defendants Correctional Officers D. Morales and A. Wilson for retaliating against

Plaintiff for engaging in a protected activity – freedom of speech; and

(4) against Correctional Officers D. Morales and A. Wilson for excessive use of force.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

> Sergeant J. Martinez,
>
> Lieutenant R. David,
>
> Associate Warden R. Lopez,
>
> Correctional Counselor II J. Jones,
>
> Appeals Examiner N. Grannis,
>
> Correctional Officer Mendoza,
>
> Correctional Officer D. Morales,
>
> Correctional Officer A. Wilson
>
> Correctional Officer Melo,
>
> Correctional Officer Masiel,
>
> Correctional Officer Hernandez, and
>
> D. Price LVN

2. The Clerk of the Court shall send Plaintiff twelve (12) USM-285 forms, twelve (12) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed October 17, 2007.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Thirteen (13) copies of the endorsed complaint filed October 17, 2007.

---

[1] Plaintiff also alleges claims for relief based on violations under the laws of the State of California.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:     **December 10, 2008**                    **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE