# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYAN E. RANSOM, | ) | 1:07-cv-01511-AWI-DLB (PC) |
| Plaintiff, | ) | |
| v. | ) | ORDER VACATING ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| J. MARTINEZ, et. al., | ) | (Doc. 12) |
| Defendant. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action.

The Court's order directing Plaintiff to submit USM 285 forms was issued due to clerical error.  Thus, the Court's order directing Plaintiff to submit USM 285 forms, filed December 11, 2008, docket number 12, is hereby vacated.

IT IS SO ORDERED.

Dated: __December 12, 2008__          ____/s/ **Dennis L. Beck**_____
                                         UNITED STATES MAGISTRATE JUDGE