IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | 1:07-cv-01511-AWI-DLB (PC) |
| Plaintiff, | ORDER ON MOTION FOR CLARIFICATION |
| vs. | (Doc. 16) |
| J. MARTINEZ, ET AL., | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT |
| Defendants. | |
| | (Doc. 15) |
| | 30-DAY DEADLINE |
| _____/ | |

 Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 13, 2009, Plaintiff filed a motion for clarification and a motion to extend time to file his First Amended Complaint. (Docs. 16, 15).

 In his motion for clarification, Plaintiff states that the Court's screening order does not address his First Amendment speech claims against defendants Mendoza, Melo, Masiel and Hernandez.

 Plaintiff states cognizable claims for relief under section 1983 against these defendants for violation of the First Amendment. 28 U.S.C. § 1915A.

///

///

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his First Amended Complaint.

IT IS SO ORDERED.

Dated: **January 26, 2009**          /s/ **Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE