# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>  Plaintiff,<br><br>  v.<br><br>J. MARTINEZ, et al.,<br><br>  Defendants. | CASE NO. 1:07-cv-01511-AWI-DLB (PC)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 18) |

Bryan E. Ransom ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a first amended civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff filed this amended complaint on February 9, 2009. The Court screened Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against 1) defendants J. Martinez, Mendoza, Melo, Masiel, Hernandez, D. Morales, and A. Wilson for violation of the First Amendment; and 2) defendants D. Morales, A. Wilson, Masiel, Hernandez, D. Price, and Martinez for violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Plaintiff also alleges state law claims.

Accordingly, IT IS HEREBY ORDERED that:

---

[1] Plaintiff also alleges cognizable section 1983 claims against several Doe defendants: Does 1 through 20, correctional officers during Plaintiff's escorts, for violation of the First Amendment; Floor Officer John Doe for violation of the Eighth Amendment; and MTA Jane Doe, LVN Jane Doe, and R.N. Jane Doe for violation of the Eighth Amendment. Because Plaintiff is proceeding in forma pauperis, the Court must appoint a United States Marshal to serve the summons and complaint. However, the Marshal cannot serve unidentified defendants. By a separate order, the Court ordered Plaintiff to provide further information that would help the Marshal identify and serve the Doe defendants. Once Plaintiff provides sufficient further information, the Court will then issue a separate service order for those defendants.

1

1. Service is appropriate for defendants

    J. MARTINEZ

    MENDOZA

    MELO

    MASIEL

    HERNANDEZ

    D. MORALES

    A. WILSON

    D. PRICE

2. The Clerk of the Court shall send Plaintiff eight (8) USM-285 forms, eight (8) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed February 9, 2009.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Nine (9) copies of the endorsed amended complaint filed February 9, 2009.

4. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated: **May 18, 2009**   /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE