# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:07-cv-01511-AWI-DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FURNISH FURTHER INFORMATION FOR |
| v. | INITIATION OF SERVICE OF PROCESS |
| J. MARTINEZ, et al., | (Doc. 18) |
| Defendants. | |
| _____/ | |

Plaintiff Bryan E. Ransom ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed on February 9, 2009. (Doc. 18.) Plaintiff states cognizable section 1983 claims against: 1) Doe defendants 1 through 20 for violation of the First Amendment; and 2) Floor Officer John Doe, MTA Jane Doe, LVN Jane Doe, and R.N. Jane Doe for violation of the Eighth Amendment. Plaintiff also alleges state law claims against these defendants.[1] Because Plaintiff is proceeding in forma pauperis, the Court must appoint the United States Marshal to serve each defendant with a summons and complaint. Fed. R. Civ. Pro. 4(c)(2). However, the Marshal cannot locate and serve unidentified defendants.

Within thirty days from the date of service of this order, Plaintiff shall provide the Court with

---

[1] Plaintiff also stated cognizable claims against several named defendants. By separate order, the Court ordered service of Plaintiff's amended complaint appropriate against defendants J. Martinez, Mendoza, Melo, Masiel, Hernandez, D. Morales, A. Wilson, and D. Price, and forwarded service documents to Plaintiff for completion and return within thirty days of the date of service of that order.

1 further information to assist the Marshal in serving defendants. The Court is aware that Plaintiff

2 does not know the names of the Doe defendants. From Plaintiff's complaint, it appears that

3 defendants John Does 1 through 20 were correctional officers who escorted Plaintiff from his cell

4 to various areas in the Corcoran State Prison SHU. Floor Officer John Doe was the floor officer for

5 Plaintiff's cell in the Corcoran SHU on June 12, 2007. MTA Jane Doe, LVN Jane Doe, and R.N.

6 Jane Doe were part of medical staff for the Corcoran SHU on June 12, 2007. If Plaintiff can

7 remember any other details that might assist the Court and the Marshal, Plaintiff shall so inform the

8 Court.

9       Based on the foregoing, it is HEREBY ORDERED that within thirty (30) days from the date

10 of service of this order, Plaintiff shall provide the Court with any and all information he has that

11 might help the Marshal identify and serve defendants correctional officers John Does 1 through 20,

12 Floor officer John Doe, MTA Jane Doe, LVN Jane Doe, and R.N. Jane Doe.

13       IT IS SO ORDERED.

14    **Dated:**   **May 18, 2009**            **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28