# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>          Plaintiff,<br><br>     v.<br><br>J. MARTINEZ, et al.,<br><br>          Defendants.<br>                                                              / | CASE NO. 1:07-cv-01511-AWI-DLB (PC)<br><br>ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER<br><br>(Doc. 31)<br><br>Deadline to Amend Pleadings - 06/07/2010<br>Discovery Cut-Off Date - 08/09/2010<br>Dispositive Motion Deadline - 10/18/2010 |

  Plaintiff Bryan E. Ransom ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se and in forma in this civil rights action.  This action is proceeding against Defendants Jung-Hernandez, Mendoza, Martinez, Wilson, Morales, Price, Melo, and Masiel.

  Pending before the Court is Plaintiff's motion to modify the scheduling order.  Plaintiff has Hepatitis C, and underwent a 12-month treatment which left him in debilitating pain in his joints.  Plaintiff relied on other inmates to assist him in writing, but has not been successful in obtaining further staff or prisoner assistance.  Plaintiff recently completed treatment, and is slowly regaining sufficient ability to use his hands and write.  Plaintiff requests a sixty day extension of time for the deadlines in the scheduling order.  Defendants filed a statement of non-opposition.

1  Requests to modify the scheduling order are governed by Federal Rule of Civil Procedure
2  16(b). Plaintiff has demonstrated good cause for his request. Accordingly, it is HEREBY
3  ORDERED that the Court's October 7, 2009 scheduling order is modified as follows: the
4  deadline to amend pleadings is June 7, 2010; the discovery cut-off date is August 9, 2010; and
5  the dispositive motion deadline is October 18, 2010.

6  IT IS SO ORDERED.

7  Dated:   **March 11, 2010**                                   **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE