# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MARTINEZ, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01511-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DOE DEFENDANTS FOR FAILURE TO PROVIDE UNITED STATES MARSHAL WITH SUFFICIENT INFORMATION TO EFFECT SERVICE OF PROCESS<br><br>(Doc. 28) |

      Plaintiff Bryan E. Ransom ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On October 8, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The Findings and Recommendations, filed October 8, 2009, is adopted in full; and

      2.    John Doe Defendants 1 through 20, Floor Officer John Doe, MTA Jane Doe, LVN Jane Doe, and R.N. Jane Doe are DISMISSED, without prejudice, pursuant to

Federal Rule of Civil Procedure 4(m) for Plaintiff's failure to provide the United States Marshal with information sufficient to effect timely service of the summons and complaint.

IT IS SO ORDERED.

**Dated:   April 5, 2010**                              /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE