# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:07-CV-01511-AWI-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO PAY FILING FEE |
| v. | |
| J. MARTINEZ, et al., | ORDER DENYING PENDING MOTIONS AS MOOT (Documents #37 & #39) |
| Defendants. | |

Plaintiff Bryan E. Ransom ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 10, 2011, the Court found that Plaintiff was ineligible to proceed in forma pauperis in this action pursuant to 28 U.S.C. § 1915(g).  See March 10, 2011 Order, Doc. 53.  The Court ordered Plaintiff to pay the $350.00 filing fee in full within fifteen days.  As of the date of this order, Plaintiff has failed to pay the fee or otherwise contact the court.

Accordingly, it is HEREBY ORDERED that:

1. This action is DISMISSED for Plaintiff's failure to pay the $350.00 filing fee;

2. All pending motions are DENIED as moot; and

3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  March 31, 2011

CHIEF UNITED STATES DISTRICT JUDGE